UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TD BANK, N.A.,

                       Plaintiff,

    - against -

                                Case No. 1:25-cv-3574

EDWARD HAROLD KING

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEFENDANT TD BANK, N.A.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff TD Bank, N.A. ("***TD Bank***"), a national banking association, is a wholly owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware limited liability company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD." No publicly-held company directly owns more than 10% of the stock of TD Bank.

Dated:  New York, New York
       June 26, 2025

                                  **DUANE MORRIS LLP**

                                  By: _____
                                    Nelson M. Stewart, Esq.
                                22 Vanderbilt
                                335 Madison Avenue, 22nd Floor
                                New York, NY 10017
                                Tel: 212-404-8767
                                nmstewart@duanemorris.com

                                *Attorneys for Defendant TD Bank, N.A.*

2

DM1\16783908.1