UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TD BANK, N.A.,                                                  :
                                                               :
                              Plaintiff,                        :
                                                               :
          - against -                                          :
                                                               :     Case No. 1:25-cv-3574
EDWARD HAROLD KING                                             :
                                                               :
                              Defendant.                        :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### TD BANK, N.A.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff TD Bank, N.A. ("*TD Bank*"), a national banking association, is a wholly owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware limited liability company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD." No publicly-held company directly owns more than 10% of the stock of TD Bank.

Dated:  New York, New York
        June 26, 2025

                                        **DUANE MORRIS** LLP

                                        By: _____
                                              Nelson M. Stewart, Esq.
                                        22 Vanderbilt
                                        335 Madison Avenue, 22nd Floor
                                        New York, NY 10017
                                        Tel: 212-404-8767
                                        nmstewart@duanemorris.com

                                        *Attorneys for Defendant TD Bank, N.A.*

2

DM1\16783908.1