AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| TD BANK, N.A.<br><br>*Plaintiff(s)*<br>v.<br>EDWARD HAROLD KING<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:25-cv-03574<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward Harold King
73 Bainbridge Street,
Brooklyn, New York, 11233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nelson M. Stewart
Duane Morris LLP
22 Vanderbilt, 335 Madison Avenue
New York, N.Y. 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: **7/1/2025**

*DMP.*

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK**

Job #: 1500642

Attorney: Duane Morris LLP
Address: 22 Vanderbilt, 335 Madison Avenue, 23rd Floor New York , NY 10017-4669

---

TD BANK, N.A.,

|                           | Plaintiff  | **Civil Action No.:** 1:25-cv-03574-HG-LKE |
|---------------------------|------------|--------------------------------------------|

**vs**

EDWARD HAROLD KING,

**Client's File No.:**

**Court Date:**

|                           | Defendant  | **Date Filed:** 06/26/2025 |

Vincent J. Mannetta, affirms and says:

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On **7/7/2025**, at **4:58 PM** at: **73 BAINBRIDGE STREET, APT. 1, BROOKLYN, NY 11233** Deponent served the within **Summons in a Civil Action, Complaint, TD Bank, N.A.'s Rule 7.1 Corporate Disclosure Statement, Notice of Option to Consent to Magistrate Judge Jurisdiction, Quality Control Check Attorney Case Openings (ACO), Individual Practice Rules of Magistrate Judge Lara K. Eshkenazi, Hector Gonzalez United States District Judge Individual Practices, Local Rules of the United States District Courts for the Southern and Eastern Districts of New York with Appendix of Committee Notes, and Civil Cover Sheets**
**On: EDWARD HAROLD KING**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendant's
[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state. Affirmant was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#3 OTHER**
I attempted service on 07/03/25 @ 9:04 p.m.  The location is a 3 floor locked building. There was no answer at the door and there were no lights on in the building.  Attempted on 07/04/25 @ 8:35 a.m. and on 07/07/25 @ 4:58 p.m.  There was no answer on both attempts and I was unable to enter the building.  I affixed said documents upon the main left double door.  The doors were brown and have a glass and metal fence window.  My office performed a search showing said address as valid.  I was unable to verify military status.

☒ **#6 MAILING**
**Vincent J. Mannetta** being duly sworn, affirms and says:  that deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail  on **07/08/2025** to **EDWARD HAROLD KING at 73 BAINBRIDGE STREET, APT. 1, BROOKLYN, NY 11233** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.
:

I affirm on 07/09/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Vincent J. Mannetta
License # 2067589-DCA

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK**
ATTORNEY: DUANE MORRIS LLP
ADDRESS: 22 VANDERBILT, 335 MADISON AVENUE, 23RD FLOOR NEW YORK , NY 10017-4669

CIVIL ACTION NO.: 1 25-CV-03574-HG-LKE

TD BANK, N.A.,

Date Filed: 06/26/2025

Job #: 1501010
Court Date: Time:

*Plaintiff*

vs

EDWARD HAROLD KING,

*Defendant*

## AFFIDAVIT OF NON SERVICE

STATE OF NEW YORK COUNTY OF NASSAU, SS.:

Vincent Maneri, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on 7/15/2025 at 10:12 AM., at 73 BAINBRIDGE STREET, APT. 1, BROOKLYN, NY 11233

Deponent attempted to serve the within **Summons in a Civil Action, Complaint, TD Bank, N.A.'s Rule 7.1 Corporate Disclosure Statement, Notice of Option to Consent to Magistrate Judge Jurisdiction, Quality Control Check Attorney Case Openings (ACO), Individual Practice Rules of Magistrate Judge Lara K. Eshkenazi, Hector Gonzalez United States District Judge Individual Practices, Local Rules of the United States District Courts for the Southern and Eastern Districts of New York with Appendix of Committee Notes, and Civil Cover Sheets**
On **EDWARD HAROLD KING**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I arrived for a stakeout on 07/15/25 @ 7:00 a.m. At 10:12 a.m., I rang the doorbell and there was no answer. There was no one that came in or out of the building while I was at said location. I spoke to someone in the building who advised that they haven't seen the Subject in a long time. No further information was provided.

Subscribed and Sworn to before me on 07/17/2025
by the affiant who is personally known to me.

NOTARY PUBLIC
LARRY HADLER
Notary Public State of New York
Registration No. 21RA6361956
Qualified in Nassau County
Commission Expires 07/24/2025

Vincent Maneri
License No.: 2129461-DCWP

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**
ATTORNEY: DUANE MORRIS LLP
ADDRESS: 22 VANDERBILT, 335 MADISON AVENUE, 23RD FLOOR NEW YORK , NY  10017-4669

CIVIL ACTION NO  1 25-CV-03574-HG-LKE

TD BANK, N.A.,

Date Filed: 06/26/2025

*Plaintiff*  Job #: 1501289
Court Date: Time

vs
EDWARD HAROLD KING,

*Defendant*

## AFFIDAVIT OF NON SERVICE

STATE OF NEW YORK COUNTY OF NASSAU, SS :

Vincent  Maneri, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **07/22/2025** at **10:13 AM.**, at 338 ATLANTIC AVE, BROOKLYN, NY 11201
Deponent attempted to serve the within  **Summons in a Civil Action, Complaint, TD Bank, N.A.'s Rule 7.1 Corporate Disclosure Statement, Notice of Option to Consent to Magistrate Judge Jurisdiction, Quality Control Check Attorney Case Openings (ACO), Individual Practice Rules of Magistrate Judge Lara K. Eshkenazi, Hector Gonzalez United States District Judge Individual Practices, Local Rules of the United States District Courts for the Southern and Eastern Districts of New York with Appendix of Committee Notes, and Civil Cover Sheets**
On **EDWARD HAROLD KING C/O EDWARD HAROLD KING PLLC**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I attempted service on 07/22/25 @ 10:13 a.m.  The location is a locked building and the Subject's business was listed on the building directory on the 2nd floor.  I buzzed the 2nd floor and someone from that floor came down and advised that the Subject moved and is no longer at this location.

Subscribed and Sworn to before me on 07/25/2025
by the affiant who is personally known to me.

NOTARY PUBLIC
LARRY RADLER
Notary Public. State of New York
Registration No. 01RA6361956
Qualified in Nassau County
Commission Expires 07/24/2026

Vincent  Maneri
License No.: 2129461-DCWP



**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK**
ATTORNEY: DUANE MORRIS LLP
ADDRESS: 22 VANDERBILT, 335 MADISON AVENUE, 23RD FLOOR NEW YORK, NY 10017-4669

---

CIVIL ACTION NO.: 1:25-CV-03574-HG-LKE

TD BANK, N.A.,

**Date Filed:** 06/26/2025

*Plaintiff*   Job #: 1501291
Court Date: Time:

*vs*

EDWARD HAROLD KING,

---

*Defendant*

## AFFIDAVIT OF NON SERVICE

STATE OF NEW YORK COUNTY OF NASSAU, SS.:

Vincent Maneri, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **07/26/2025** at **1:24 PM.**, at 73 BAINBRIDGE STREET, APT. 1, BROOKLYN, NY 11233
Deponent attempted to serve the within **Summons in a Civil Action, Complaint, TD Bank, N.A.'s Rule 7.1 Corporate Disclosure Statement, Notice of Option to Consent to Magistrate Judge Jurisdiction, Quality Control Check Attorney Case Openings (ACO), Individual Practice Rules of Magistrate Judge Lara K. Eshkenazi, Hector Gonzalez United States District Judge Individual Practices, Local Rules of the United States District Courts for the Southern and Eastern Districts of New York with Appendix of Committee Notes, and Civil Cover Sheets**
On **EDWARD HAROLD KING**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I attempted service on 07/22/25 @ 10:56 a.m., on 07/23/25 @ 10:02 a.m., on 07/24/25 @ 4:17 p.m. and on Saturday, 07/26/25 @ 1:24 p.m. The location is a locked building. I was unable to enter the building and there was no answer at the buzzer on all attempts.

Vincent Maneri
License # 2129461-DCWP

Sworn to before me on 07/25/2025

LARRY RADLER
Notary Public, State of New York
Registration No. 01RA6361966
Qualified in Nassau County
Commission Expires 07/24/2025

