

FIRM and AFFILIATE OFFICES

NELSON STEWART
DIRECT DIAL: +1 212 404 8767
PERSONAL FAX: +1 212 253 4037
E-MAIL: NMStewart@duanemorris.com

www.duanemorris.com

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

July 30, 2025

VIA ECF:

The Hon. Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
Courtroom N322

> **Re:** *TD Bank, N.A. v. Edward Harold King,* Case No.1:25-cv-03574-HG-LKE -
> Service of Summons and Complaint on Defendant Edward Harold King

Dear Judge Eshkenazi,

This firm represents Plaintiff TD Bank, N.A. ("TD Bank"). We write in response to Your Honor's July 30, 2025 Text Order directing TD Bank to advise the Court as to its service of the Summons and Complaint and communications with Defendant Edward Harold King ("King"). The Complaint was filed on June 26, 2025. On June 27, 2025, the undersigned sent a copy of the Complaint by email to King's counsel, Frank Seddio, and asked if he would accept service. At that time, Mr. Seddio was representing King in a state court matter in which King was a plaintiff seeking a preliminary injunction against TD Bank. King and his counsel did not respond to the request to accept service.

On July 12, 2025 Mr. Seddio informed counsel for TD Bank that he would not represent King in the current action because he does not practice in Federal Court. He further advised that King would obtain counsel to represent him in this action. The state court action was discontinued on July 14, 2025.

TD Bank made numerous attempts to serve King at his residence and the law office he maintains in Kings County, New York. Affidavits detailing TD Bank's diligent attempts at personal service and service by affixing a copy to the last known address of King and mailing a copy to his address were filed with the Court on July 29, 2025. [ECF No. 10].



The Hon. Orelia E. Merchant
July 30, 2025
Page 2

King is currently listed as a registered attorney in the New York State Unified Court System's Attorney Directory. On July 30, 2025, the undersigned sent a copy of the as filed Executed Summons, Complaint, Civil Cover Sheet and TD Bank's Rule 7.1 Disclosure, together with the Individual Practice Rules of the Hon. Hector Gonzales and Your Honor's Individual Practice Rules to King at the email address he has listed in the Attorney Directory.

To date, this firm has not been contacted by King or an attorney claiming to represent King in this action.

Respectfully submitted,

Nelson Stewart

NMS
Cc: Edward Harold King, Esq. (VIA Email:  kingesq1@gmail.com)