

11 Grand Central East
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Benjamin Z. Koblentz
+1 (212) 551-8422
bkoblentz@rosenbergestis.com

January 16, 2026

**VIA ECF**

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 504 North
Brooklyn, New York 11201

   Re: *TD Bank, N.A. v. Edward Harold King*, Case No. 1:25-cv-03574-HG-CHK
     (the "Action"); Letter Motion on Consent for Extension of
     <u>Deadline to Join Parties and Amend Pleadings</u>

Dear Magistrate Judge Kaminsky:

  This law firm represents defendant, Edward Harold King ("Defendant"), in the above-referenced Action. Pursuant to the current scheduling order set by the Court at the October 28, 2025 initial conference, the deadline to amend pleadings and join additional parties is currently January 16, 2026. We respectfully request a one-week extension of this deadline until January 23, 2026. This letter request is filed with the consent of counsel for plaintiff, TD Bank, N.A. ("Plaintiff"). Defendant has made no prior request for the relief requested herein.

  Under Fed. R. Civ. Pro. 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." While Rule 16 does not set forth a definition of "good cause," "[c]ourts have considered varying factors in determining whether a party has established good cause sufficient to justify modification of a Rule 16(b) scheduling order," which "differ based upon the posture of the case and the particular type of relief sought." *Rubik's Brand Limited v. Flambeau, Inc.*, 329 F.R.D. 55, 58 (S.D.N.Y. Jan. 14, 2019) (citations and internal quotation marks omitted) ("[F]or example, an extension of the discovery schedule, leave to file an untimely amended pleading, or a 'reopening' of discovery").

  Defendant seeks a one-week extension of the current deadline because it came to our firm's attention yesterday (January 15, 2026) that Defendant may need to join an additional individual and/or entity as a party in the Action, which may result in a conflict of interest for my firm and impact our ability to continue our representation of Defendant. A one-week extension of the Court's January 16, 2026 deadline will allow my firm to make a determination regarding the possible joinder of this party and our continued representation of Defendant. Further, a one-week extension will not alter the


January 16, 2026
Page 2

Court's current case schedule, including the April 1, 2026 fact discovery deadline.  Accordingly, we respectfully request that the Court grant this letter motion for a one-week extension of the deadline to amend pleadings and join additional parties to January 23, 2026.

      Should the Court have any questions, please do not hesitate to contact our office.  We thank the Court in advance for its consideration of this request.

      Respectfully submitted,

      */s/ Benjamin Z. Koblentz*

      Benjamin Z. Koblentz

CC:  All Counsel of Record (*via ECF*)