UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TD BANK, N.A.,

         Plaintiff,

-against-

EDWARD HAROLD KING,

         Defendant.

Docket No. 1:25-cv-03574

**NOTICE OF MOTION OF ROSENBERG & ESTIS, P.C. TO WITHDRAW AS COUNSEL**

  **PLEASE TAKE NOTICE THAT**, upon the annexed declaration of Benjamin Z. Koblentz, attorney for defendant Edward Harold King ("Defendant"), dated January 29, 2026, and upon all prior proceedings heretofore had herein, Rosenberg & Estis, P.C. will move this Court, before the Honorable Judge Hector Gonzalez of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 6A South, Brooklyn, New York 11201, for an order (1) pursuant to Local Civil Rule 1.4, to withdraw as counsel of record on behalf of Defendant; (2) for a stay of all proceedings, from the time of the filing of this motion and for a length of time within the Court's discretion, to provide Defendant with time to retain new counsel; and (3) for such other and further relief as the Court deems just and proper.

  **PLEASE FURTHER TAKE NOTICE THAT**, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memorandum of law must be served within fourteen (14) days after service of the moving papers.

- 2 -

| | |
|---|---|
| Dated: New York, New York<br>January 29, 2026 | **ROSENBERG & ESTIS, P.C.**<br>*Attorneys for Defendant Edward Harold King*<br><br>By: _/s/ Benjamin Z. Koblentz_<br>Benjamin Z. Koblentz, Esq.<br>11 Grand Central East<br>New York, New York 10017<br>(212) 866-5000<br>bkoblentz@rosenbergestis.com |

- 2 -

RE\44154\0001\8069664v1