

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

NELSON STEWART
DIRECT DIAL: +1 212 404 8767
PERSONAL FAX: +1 212 253 4037
*E-MAIL:* NMStewart@duanemorris.com

*www.duanemorris.com*

March 20, 2026

VIA ECF:

Hon. Clay H. Kaminsky
United States District Court Eastern
District of New York
225 Cadman Plaza East, Room 505 North
Brooklyn, New York 11201

> **Re:** *TD Bank, N.A. v. King*, Case No.: 1:25-cv-03574-HG-CHK – Joint Status Letter

Dear Judge Kaminsky,

This firm represents Plaintiff TD Bank, N.A. ("TD Bank") in the above referenced matter. We respectfully submit this joint status letter with *pro se* Defendant Edward Harold King ("Defendant") concerning the status of this action pursuant to the Court's February 6, 2026 minute order ("Order").

The undersigned has conferred with Defendant, who has advised that he has been unable to retain counsel. At this time, Defendant will proceed *pro se* and continue to seek counsel to represent him in this action.

**Current Status of Discovery**

Defendant appeared in this action through counsel and filed his Answer to the summons and Complaint on September 11, 2025. TD Bank served its Rule 26 Initial Disclosures on November 7, 2025.

TD Bank served its First Set of Interrogatories and First Request for the Production of Documents on December 2, 2025 (collectively, the "Demands"). Defendant's counsel requested an extension of time to respond to the Demands until January 23, 2026. TD Bank consented to the extension.



  On January 23, 2026, Defendant's counsel filed a motion to withdraw as counsel. Responses to TD Bank's Demands have not been served. Counsel's motion was granted on February 6, 2026. The Parties were directed to file a joint status report on March 20, 2026 and all other deadlines in this action were vacated.

  Pursuant to the Court's Order, the Parties have discussed and agreed upon the new dates set forth in the joint Proposed Discovery Plan and Scheduling Order that is being filed concurrently with this joint status letter.

  The Parties further propose that Defendant be granted an additional 45 days from the date of this letter to serve responses and objections to TD Bank's Demands and serve his discovery demands on TD Bank. The time to serve and respond to discovery demands may be extended upon consent of the Parties.

        Respectfully submitted,

        Nelson Stewart

NMS
Edward Harold King, Esq. (VIA EMAIL)