# EDWARD HAROLD KING
1295 Sterling Place-#1-R
Brooklyn, New York 11213
kingesq1@gmail.com


June 17, 2026

Magistrate Clay H. Kaminsky
U.S. District-Eastern District
Brooklyn, New York 11201

Re: **TD Bank N.A. v. King**

**Case: 1:25-cv-03574-HG-CHK**

Dear Judge Kaminsky:

Although my notice of your order was received late, I tried to file my letter to you on June 16, 2026. Unfortunately, my account status was determined to be inactive and therefore I had to wait to contact Pacer administration in order to activate it this morning.

Thank you.

EDWARD HAROLD KING