# EDWARD HAROLD KING

1295 Sterling Place-#1-R
Brooklyn, New York 11213
kingesq1@gmail.com

Clerk's Office
Filed Date: 6/16/2026
Received on 6/26/2026
C.C.F.
U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

June 16, 2026

Magistrate Clay H. Kaminsky
U.S. District-Eastern District
Brooklyn, New York 11201

Re: **TD Bank N.A. v. King**

**Case: 1:25-cv-03574-HG-CHK**

Dear Judge Kaminsky:

Because I have changed my address and a delay in the delivery of mail to my new address, I just received your order sent to me by at 73 Bainbridge Street, Brooklyn, New York 11233, by regular mail.

I specifically request that the instant case be stayed in order that I may properly defend myself in the criminal matter. Because of the subject matter of the civil case, I would necessarily need to a witness against myself in the civil matter, in violation of my rights as afforded to me to me by the Constitution of the State of New York , as well as the United States Constitution.

Again, my apologies for this delayed response.

Yours truly,

Edward Harold King